# EXHIBIT "A"

# SETTLEMENT AGREEMENT
# AND RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of All Claims ("Settlement Agreement") covers all understandings between ROBERT LACEY ("Plaintiff"), on behalf of himself and all others similarly situated (hereinafter referred to as the "Plaintiff," individually and as representatives of the "Plaintiff's Class" a term which includes Plaintiff and all Opt-In Plaintiffs, and Defendant, Lending Solutions, Inc. (hereinafter referred to as "Defendant" a term which includes any parent or subsidiary corporation, and its past and present employees, directors, representatives, shareholders, members, or other interest holders).

## RECITALS

A.  Named Plaintiff originally filed this suit in the United States District Court for the Northern District of Georgia, titled <u>ROBERT LACEY, on behalf of himself and all others similarly situated v. LENDING SOLUTIONS, INC., a Domestic corporation</u>, CASE NO.: 1:11-cv-00714-WSD (the "Action").

B.  In the Action, the Named Plaintiff alleged violations of applicable wage laws. The Named Plaintiff seeks overtime compensation, liquidated damages, and reasonable attorneys' fees and costs for each and every mortgage loan officer ("MLO") who worked for the Defendant at any time within the past three (3) years.

C.  Settlement Class Counsel and counsel for Defendant have engaged in extensive negotiations concerning the settlement of the claims asserted in the Action.

D.  The Plaintiff and Settlement Class Counsel have concluded, based upon their investigation, and taking into account the sharply contested factual and legal issues involved, the expense and time necessary to prosecute the Action through the final trial, the risks and costs of further prosecution of the Action, the uncertainties of complex litigation, and the substantial benefits to be received pursuant to this Agreement, that a settlement with Defendant on the terms set forth herein is fair, reasonable, and adequate, and in the best interests of the Plaintiff's Class. Plaintiff and the Settlement Class Counsel have agreed to settle this Action with Defendant on the terms set forth herein.

E.  Defendant denies each of the claims asserted against it in the Action and makes no admission whatsoever of liability. Defendant nevertheless desires to settle the Action and the claims asserted in the Action, on the terms and conditions set forth herein, for the purpose of avoiding the burden, expense, and uncertainty of continuing litigation, and for the purpose of putting to rest the controversies engendered by the Action.

## AGREEMENT

1.  **Recitals**. The recitals set forth above are incorporated herein by reference and are explicitly made a part of this Settlement Agreement.

2.  **Plaintiff's Settlement Class**. Based upon all files, records, and proceedings in the Action, including the above recitals, Plaintiff on behalf of himself and Plaintiff's Class and Defendant (collectively referred to as "Parties") request approval and certification of one (1) settlement class, defined as:

        All current or former mortgage loan officers of Defendant at any Georgia location between March 7, 2008 through January 31, 2011 (Plaintiff's Class).[1]

3.    Settlement Consideration to Plaintiff's Class. Defendant will pay $200,000 to settle all Plaintiff's Class member claims ("Settlement Fund"). Under no circumstances shall Defendant be obligated to pay an amount in excess of $200,000. The Settlement Fund will be disbursed as follows:

    a.    The breakdown of the Settlement Fund is as follows:

        i.    $125,000 for payments to the Plaintiff's Class ("Plaintiff's Class Fund");

        ii.    $65,000 for attorneys' fees, administrative and taxable costs, and class administration costs as explained below; and

        iii.    $10,000 for incentive payments to the named plaintiff and the six (6) opt-in Plaintiffs who filed consent to join forms prior to November 14, 2011.

    b.    To receive the settlement compensation set forth in paragraph 3(a), Class members must submit a claim form and release agreement which will be sent with the Notice within forty-five (days) of when notices are mailed to the class. Notices will be mailed to the class members within ten (10) days of the Order approving the class settlement. Within ten (10) days after the time period to file a valid claim form and release, each class member who has submitted the claim form and release agreement shall receive a share of the Plaintiff's Class Fund. Each member of the Class is eligible to receive a pro rata share of the settlement based on the ratio of weeks worked as a MLO, with the pro rata share to be no greater than the amount it would be if every putative plaintiff elects to participate. If all putative plaintiffs do not respond to the notice, Defendant is entitled to retain any remaining amount of the Plaintiff's Class Fund.

4.    **Tax Treatment of Payments To Settlement Class Members**. The settlement payment to each member of the Plaintiff's Class will be treated as back wages and subject to deductions for applicable taxes or other required withholding.

5.    **Reversion to Defendant of Unclaimed Settlement Fund**. To the extent the aggregate value of approved claims is less than $200,000, any remaining Settlement Fund amounts will be returned to Defendant and the claim awards will not be increased.

6.    **No Double Recovery**. Each member of the Plaintiff's Class expressly agrees that he/she is not entitled to, nor will he/she attempt to secure a double recovery for any alleged claims pursued in this lawsuit.

---

[1] Class member recovery list documenting each class members' respective recovery attached as Exhibit "1."

2

7.     **Timing of Payments**.

      a.     Payment of $10,000 for incentive payments to the name Plaintiff and the six (6) opt-in Plaintiffs who previously joined this case prior to November 14, 2011.

      b.     Payment to Settlement Class Counsel for attorney fees and costs in the amount of $30,000 will be paid within ten (10) days of Court Approval.

      c.     Payment to Settlement Class Counsel for class administration costs in the amount of $5,000 will be paid within ten (10) days of Court Approval.

      d.     Payments to Plaintiffs and any Opt-in Plaintiffs who have previously filed their Consent to Join form in this case will be paid within ten (10) days of Court Approval.

      e.     Payments to Plaintiffs' Class members who respond to the Class Notice by sending in their claim forms within the forty-five (45) day claim period will be paid within ten (10) days after the period to return a Claim Form has expired.

      f.     Payment to Settlement Class Counsel for the remaining attorney fees and costs in the amount of $30,000 will be paid at the conclusion of the forty-five (45) day notice period.

8.     **Approval Order**. The Parties shall promptly move the Court in the Action for an order:

      a.     Approving this Settlement Agreement;

      b.     Approving notice to the Plaintiff's Class members identical to the one attached hereto as Exhibit C, and directing the mailing of the class notice and claim form by first class mail to the last known address of each person in the Class;

      c.     Establishing a deadline for members of the Class to submit claim forms and releases to Settlement Class Counsel no later than 45 days after the Notice goes out.

9.     **Attorney's Fees, Costs, and Expenses**.

      a.     Settlement Class Counsel intends to request that the Court approve the settlement, which includes an award of attorney's fees, costs, and expenses totaling $65,000. Defendant agrees to pay attorney's fees, costs, and expenses in this amount, provided that the amount is approved by the Court. Payment shall be made within the time periods as indicated above under paragraph 7(b),(c),(f) with checks made payable to Morgan & Morgan P.A.

      b.     Except as provided in paragraph 9(a), the Parties shall bear their own attorney's fees, costs, and expenses incurred in the prosecution, defense and/or settlement of the Proceeding. The Named Plaintiff, the Plaintiff's Class and Settlement Class Counsel shall not seek an award of attorney's fees, costs, or expenses in the Action except as provided in paragraph 9(a).

10. **Releases.**

   a.  As of the Effective Date of this Settlement Agreement (as defined below), Plaintiff acknowledges full satisfaction of, and fully, finally, and forever settles with, releases, and discharges the Released Parties (as defined below) of and from all Settled Claims (as defined below).

   b.  For purposes of this Settlement Agreement, "Released Parties" means and includes Defendant, all of its affiliated, subsidiary, and parent companies, doing business in their own names and doing business under any other names, and all of their respective officers, directors, partners, insurers, employees, associates, trustees, agents, independent contractors, representatives, attorneys, predecessors, successors, and assigns.

   c.  For purposes of this Settlement Agreement, "Settled Claims" means and includes any and all claims, demands, actions, causes of action, rights, offsets, liens, or liabilities, whether known or unknown, alleged or not alleged in the Action, suspected or unsuspected, contingent or vested, which Plaintiff has had, now has, or may have in the future which were or could have been raised in the Action based in whole or in part upon, arising out of, or related in any way to the facts, circumstances, transactions, occurrences, events, acts, omissions, or failures to act that are related to the Plaintiff's employment with Defendant, and, if applicable, the Plaintiff's separation from employment with Defendant. This includes but is not limited to matters arising out of or connected in any way with (i) any violations of the FLSA; (ii) any violations of any state's wage and hour laws; or (iii) any other statutory or common law claims in connection with the alleged failure of Defendant related to the individual's employment, or, if applicable, separation from employment, with Defendant, including all claims for general, special, liquidated, and/or punitive damages, as well as any and all claim for penalties, attorney's fees, costs, and/or expenses through the time when such individual executes a release.

   d.  However, the Settlement Agreement for any member of the Plaintiff's Class shall not affect any pending claims that it may have versus Defendant as of the Effective Date so long as the class member discloses the claim on the Claim form.

11. **Effectiveness of Settlement Agreement**. The "Effective Date" of this Settlement Agreement shall be effective immediately upon the entry of the Final Approval Order and Judgment rendered by the Court.

12. **General Provisions**.

   a.  **Confidentiality**. The Parties agree that all information obtained by Settlement Class Counsel from Defendant during the settlement, mediation, and claims administration process described herein shall be kept confidential, shall be used only to establish a complete and accurate list of the Plaintiff's Class and the benefits to which each member of the Plaintiff's Class is entitled to receive pursuant to this Settlement Agreement, shall be used for no other purpose, and such information, including any documents provided or produced in the Action, shall be destroyed or returned to Defendant. A breach of this provision will require the breaching party to pay liquidated damages to Defendant in the amount of $1,000 for each breach.

b. **Entire Agreement**. This Settlement Agreement constitutes the entire agreement between and among the Parties with respect to the settlement of the Action. This Settlement Agreement supersedes all prior negotiations and agreements and may not be modified or amended except by a document in writing signed by Plaintiff, Defendant and their respective attorneys. Such written document may be executed in counterparts with facsimile signatures and each shall have the force of an original.

c. **Time Periods/Dates**. The time periods and/or dates described in this Settlement Agreement are subject to change by written agreement of the Parties.

d. **Execution in Counterparts**. This Settlement Agreement may be signed in one or more counterparts with facsimile signatures and each shall have the force of an original.

e. **Legal Representation**. The Parties to this Settlement Agreement acknowledge that they have been represented by qualified legal counsel both in connection with the Action and in connection with the negotiation, drafting, and execution of this Settlement Agreement. Accordingly, the language used in this Settlement Agreement will be deemed to be language chosen by all Parties hereto to express their mutual intent, and no rule of strict construction against any party hereto will apply to any term or condition of this Settlement Agreement.

f. **Choice of Law**. This Settlement Agreement shall be construed, enforced, and administered in accordance with the state laws of Georgia.

Date: 1/13/12     Signature: /s/ Robert Lacey
                              Robert Lacey

Date: 1/17/12     Signature: /s/
                              for Defendant Lending Solutions, Inc.