IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT LACEY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LENDING SOLUTIONS, INC., a Domestic Limited liability company,<br><br>　　　　Defendant. | Civil Action File No.:<br>1:11-CV-00714-WSD |

## ~~PROPOSED~~ ORDER

Having read and considered the foregoing Parties' Joint Motion for Approval of Settlement, the court concludes that this matter was a bona fide dispute and that settlement is a fair and reasonable resolution of that dispute.

Therefore the Parties' Joint Motion for Approval of Settlement is **GRANTED**. All other pending motions are denied as moot.

**SO ORDERED**, this 19th day of January, 2012.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE